IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| VCW ENTERPRISES, INC. d/b/a M&W PRECAST, f/k/a MODERN PRECAST CONCRETE, INC. | : : : | CIVIL ACTION<br><br>No. 14-4705 |
| | : | |
| UNITED CONCRETE PRODUCTS | : | BANKRUPTCY |
| | : | |
| Appellant/Defendant, | : | No. 13-00224 |
| | : | |
| v. | : | |
| | : | |
| VCW ENTERPRISES, INC. d/b/a M&W PRECAST, f/k/a MODERN PRECAST CONCRETE, INC. | : : : | |
| | : | |
| Appellee/Plaintiff. | : | |
| | : | |

**ORDER**

AND NOW, this 15th day of January, 2015, upon consideration of Appellant's brief and Appellee's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the judgment of the Bankruptcy Court entered June 23, 2014, is AFFIRMED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.